BLANCA B. SINGER v. ERIC RICHARD SINGER.— Motion for leave to reargue motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

HERMAN SCHIFF and ABRAHAM SCHIFF v. LOUIS POKRASS and BENJAMIN MAURER.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, on appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

KATHARINE W. HOPKINS v. BANK OF NEW YORK, Formerly BANK OF NEW YORK AND TRUST COMPANY, as Trustee of a Trust Created by KATHARINE W. HOPKINS, by Indenture Dated June 9, 1923.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA v. CLARA S. KAPLAN and Another, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of PAULINE SHRAEDER for an Order against PAUL J. KERN, President, and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

EDWARD H. BELT v. NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM and THE CITY OF NEW YORK.— Motion for leave to reargue motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

WILLIAM RESNICK, as a Stockholder of HEARN DEPARTMENT STORES, INC., Suing on Behalf of Himself and All Other Stockholders of HEARN DEPARTMENT STORES, INC., Similarly Situated and in the Right of HEARN DEPARTMENT STORES, INC., v. HEARN DEPARTMENT STORES, INC., and Others, Impleaded, etc.— Motion for resettlement of order of this court entered April 10, 1941, denied. [See 261 App. Div. 1064; Id. 1065.] Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

WILLIAM RESNICK, as a Stockholder of HEARN DEPARTMENT STORES, INC., Suing on Behalf of Himself and All Other Stockholders of HEARN DEPARTMENT STORES, INC., Similarly Situated and in the Right of HEARN DEPARTMENT STORES, INC., v. HEARN DEPARTMENT STORES, INC., and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, with leave to the defendants other than Hamilton Commercial Corporation, to answer within ten days after service of order on payment of said costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ELIZABETH MEYERSON v. MARY COHEN and ALEX COHEN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of IDA PRAHL, as Administratrix, etc., of EDWARD A. PRAHL, Deceased, to Discover Certain Property of the Deceased Claimed to Be Withheld. MARION PEDERSEN — IDÁ PRAHL.— Motion for leave